## Larry CONRAD, et al.[1]

v.

## MAINE UNEMPLOYMENT INSURANCE COMMISSION[2] and Billen Shoe Company, Inc.

Supreme Judicial Court of Maine.

Argued Nov. 11, 1984.

Decided May 15, 1985.

John R. Lemieux (orally), Legal Services of Maine, Portland, for plaintiff.

Mary Lou Dyer (orally), Pamela W. Waite, Asst. Attys. Gen., Augusta, for Maine Unemployment Sec. Com'n.

Brann & Isaacson, Alfred C. Frawley (orally), Stuart J. Novick, Lewiston, for Billen Shoe Co.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, WATHEN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The Maine Unemployment Insurance Commission disqualified the plaintiffs from receiving unemployment compensation because it determined that their former employer, Billen Shoe Company, Inc., had discharged them for misconduct. *See* 26 M.R.S.A. § 1193(2) (Supp.1984). The plaintiffs appeal from an order of the Superior Court, Androscoggin County, affirming the decision of the Commission. The Court is evenly divided on the question whether the decision of the Commission is correct.

Accordingly, the entry is:

By an evenly divided Court, judgment affirmed.

All concurring.